GEORGE E. BACON, Respondent, *v.* THE NEW HOME SEWING MACHINE COMPANY, Appellant.

(Argued December 10, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department entered upon an order made February 12, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Royal S. Crane* for appellant.

*Henry S. Bennett* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.